JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUNYAN WANG,<br>Petitioner,<br>v.<br>JAMES JANECHA et al,<br>Respondent. | Case No. 5:26-cv-03668-MAR<br><br>JUDGMENT |

Pursuant to the Order Granting Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Chunyan Wang (A# 226-159-286)** from custody on her prior conditions of release, if any, and immediately return any confiscated property and documents to Petitioner upon release. Respondents are enjoined from re-detaining Petitioner without first providing Petitioner with individualized notice describing the change in circumstances necessitating her arrest and/or detention, and a pre-deprivation bond hearing before a neutral adjudicator at which Respondents will bear the burden of proof. Petitioner shall not be detained unless Respondents demonstrate by clear and convincing evidence at the pre-deprivation hearing that Petitioner is a flight risk or a danger to the community, and that there are no conditions or combination of conditions that will reasonably assure Petitioner's appearance and/or the safety of any other person in the community (for

the avoidance of doubt, the adjudicator must conduct an individualized assessment of Petitioner's suitability for bond in light of the foregoing standard).

Dated: August 5, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge